# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **RUPERT FRANCIS,** ) | |
| ) | |
|    **Plaintiff,** ) | **CIVIL ACTION FILE NO.** |
| ) | |
| ) | 1:22-cv-02403-VMC-JKL |
| ) | |
| **v.** ) | |
| ) | |
| **PHH MORTGAGE CORPORATION** ) | |
| **and** ) | |
| **DEUTSCHE BANK NATIONAL** ) | |
| **TRUST COMPANY, AS TRUSTEE** ) | |
| **FOR NOVASTAR MORTGAGE** ) | |
| **FUNDING TRUST, SERIES 2007-2,** ) | |
| **NOVASTAR HOME EQUITY LOAN** ) | |
| **ASSET-BACKED CERTIFICATES,** ) | |
| ) | |
|    **Defendants.** ) | |

## ORDER GRANTING
## CONSENT MOTION FOR EXTENSION OF TIME

The Court having considered the *Consent Motion for Extension of Time*, filed on June 22, 2022, and it appearing that good cause exists for the relief requested therein, it is hereby **ORDERED** that the time within which Defendants, must answer or otherwise respond to Plaintiff's Complaint is hereby extended through and including **June 29, 2022**.

**SO ORDERED** this \_\_\_\_ day of _____, 2022.

_____
United States Magistrate Judge
Northern District of Georgia